**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

NO.  5:12-M-1427

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **<u>ORDER</u>** |
| | ) | |
| GENE M. FRENCH, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This cause is before the undersigned upon the Government's motion to deny Defendant's request for a jury trial.  (DE-12).   Defendant is ORDERED to respond to this motion no later than March 8, 2013.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Friday, March 01, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE